AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

CENTER CAPITAL CORPORATION
Plaintiff
v.
H. ALLAN FOLLETT
Defendant

Civil Action No. CA 08 286 ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

H. ALLAN FOLLETT
279 Colonel John Gardner Road
Narragansett, Rhode Island 02882

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kyle Zambarano, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Paulette J. Dube
Chief Deputy Clerk
Name of clerk of court

Date: 7.30.08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 08-19-2008, by:

(1) personally delivering a copy of each to the individual at this place, 279 Colonel John Gardner Road, Narragansett, RI; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______; or

(4) returning the summons unexecuted to the court clerk on ______; or

(5) other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

Date: 8/19/08

Kimberly Dulude
Server's signature

Kimberly Dulude, Constable #6103
Printed name and title

Hopkinton, RI
Server's address

X [illegible signature]